IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAND CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTIVISION TV, INC,<br><br>    Defendant. | Civil Action No. 13- 1892 (SLR) |

**STIPULATED CONSENT TO FILE SECOND AMENDED COMPLAINT**
**AND**
**STIPULATION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 15(a), Defendant Activision TV, Inc. hereby consents to Plaintiff WAND Corporation's filing of the Second Amended Complaint filed contemporaneously herewith.

Plaintiff's filing of the Second Amended Complaint supersedes the First Amended Complaint in this case, and accordingly, the motion to dismiss filed by Defendant is moot and withdrawn without prejudice as to any of the issues raised therein.

The parties hereby stipulate and agree that Defendant may answer, move, or otherwise respond to the Second Amended Complaint within thirty (30) days of Plaintiff's filing of the Second Amended Complaint.

Dated:  December 20, 2013

| Respectfully submitted, | Respectfully submitted, |
|---|---|
|    */s/ Kenneth L. Dorsney* |    */s/ Stamatios Stamoulis* |
| Kenneth L. Dorsney (I.D. #3726) | Stamatios Stamoulis (I.D. #4606) |
| MORRIS JAMES LLP | Richard Charles Weinblatt (I.D. #5080) |
| 500 Delaware Avenue, Suite 1500 | STAMOULIS & WEINBLATT LLC |
| Wilmington, DE  19801-1494 | Two Fox Point Centre |
| (302) 888.6800 | 6 Denny Road, Suite 307 |
| kdorsney@morrisjames.com | Wilmington, DE 19809 |
| | (302) 999-1540 |
| Jeremy P. Oczek (Admitted *pro hac vice*) | stamoulis@swdelaw.com |
| BOND, SCHOENECK & KING, PLLC | weinblatt@swdelaw.com |
| Key Center, 40 Fountain Plaza, Suite 600 | |
| Buffalo, New York 14202 | M. Brett Johnson (Admitted *pro hac vice*) |
| (716) 566-2800 | James R. Perkins (Admitted *pro hac vice*) |
| jpoczek@bsk.com | FARNEY DANIELS PC |
| | 8401 N. Central Expressway, Suite 280 |
| *Attorneys for Plaintiff* | Dallas, TX 75225 |
| *WAND Corporation* | (972) 432-5780 |
| | bjohnson@farneydaniels.com |
| | jperkins@farneydaniels.com |
| | |
| | Mary C. Jacob (Admitted *pro hac vice*) |
| | 800 S. Austin Avenue, Suite 200 |
| | Georgetown, TX 78626 |
| | (512) 582-2828 |
| | mjacob@farneydaniels.com |
| | |
| | *Attorneys for Defendant* |
| | *Activision TV, Inc.* |